## ELLEN KENNEY *vs.* JOHN DRISCOLL.

The appearance of the magistrate who receives a complaint under the bastardy act as attorney of record for the complainant in the superior court, he taking no part in the trial, is no ground for dismissing the action.

COMPLAINT under the bastardy act, instituted before S. L. Plummer, a justice of the peace. The papers were entered in the superior court by him, and he appeared therein as attorney of record for the complainant, though not as counsel at the trial. On motion made after the case was opened to the jury, *Ames,* J dismissed the action, and the complainant alleged exceptions.

*E. Ripley,* for the respondent, cited Rev. Sts. *c.* 85, § 34, and *c.* 89, § 8; *Richardson* v. *Welcome,* 6 Cush. 331; *Pearce* v. *Atwood,* 13 Mass. 324; *Six Carpenters' case,* 8 Co. 290.

*A. V. Lynde,* for the complainant, was stopped by the court.

BIGELOW, C. J. The appearance of the magistrate who received the complaint as attorney of record for the complainant in the superior court furnished no ground for dismissing the action. Although such appearance was irregular and improper, it did not affect the previous proceedings in the case before the magistrate, which were regular and valid. This irregularity was cured by the appearance of another attorney, who conducted the case at the trial. *Exceptions sustained.*